UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| HOWARD COHAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO.: 21-cv-04892 ) |
| HR ORD OWNER, LLC, d/b/a HYATT REGENCY O'HARE CHICAGO, | ) ) ) Judge Leinenweber ) |
| Defendant. | ) Magistrate Judge Weisman |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant HR ORD OWNER, LLC, d/b/a HYATT REGENCY O'HARE CHICAGO, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| HOWARD COHAN | HR ORD OWNER, LLC, d/b/a HYATT REGENCY O'HARE CHICAGO |
|---|---|
| By: /s/ *Marshall J. Burt* | By: */s/ Mark M. Trapp* |
| Counsel for Plaintiff | Counsel for Defendant |
| Marshall J. Burt, Esq. | Mark M. Trapp |
| The Burt Law Group, Ltd. | Conn Maciel Carey, LLP |
| 77 W. Washington, Ste 1300 | 53 W. Jackson Blvd. Suite 1328 |
| Chicago, IL 60602 | Chicago, Illinois 60604 |
| 312-419-1999 | (312) 809-8122 |
| Marshall@mjburtlaw.com | mtrapp@connmaciel.com |